# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| Brett Brecke and Joe Ockenfels, in their capacity as the Trustees for the U.A. Local 125 Health and Welfare Fund, the U.A. Local 125 Retirement Savings Plan and the U.A. Local 125 Vacation Fund, and each of their successors,<br><br>Plaintiffs,<br><br>vs.<br><br>Ryan & Associates, Inc.,<br><br>Defendant. | Case No. 1:19-cv-00068<br><br>MOTION TO APPEAR<br>PRO HAC VICE |

Pamela Nissen, a lawyer who is not a member of the bar in this district, moves to appear in this case pro hac vice on behalf of Brett Brecke and Joe Ocklenfels, in their capacity as the Trustees for the U.A. Local 125 Health and Welfare Fund, the U.A. Local 125 Retirement Savings Plan and the U.A. Local 125 Vacation Fund. Pamela Nissen states that she is a member in good standing of the bar of the State of Wisconsin and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connections with her pro hac vice representation in this case.

Pamela Nissen, further states she will comply with the associate counsel requirements of LR 83(d)(4) by associating with Jennifer Germaine, an attorney who has been admitted to the bar of this district under LR 83(d)(4) and who has entered an appearance in this case on behalf of Brett Brecke and Joe Ocklenfels, in their capacity as the Trustees for the U.A. Local 125 Health and Welfare Fund, the U.A. Local 125 Retirement Savings Plan and the U.A. Local 125 Vacation Fund on June 25, 2019.

*The certificate of good standing require by Administrative Order No. 10-AO-4-P is attached.*

Respectfully Submitted,

/s/ Pamela Nissen
Pamela Nissen
Reinhart Boemer Van Deuren s.c.
80 South Eighth Street, Suite 900
Minneapolis, MN 55402
Telephone: (612) 225-4030
Fax: (414) 298-8097
Email: PNissen@reinhartlaw.com


/s/ Jennifer E. Germaine
Jennifer E. Germaine, AT0009844
Germaine Law Firm, PLLC
600 3rd Street SE, Suite 200
Cedar Rapids, IA 52401
Telephone: (319) 449-6969
Fax: (319) 450-0667
Email: jennifer@germainelawfirm.com
       kate@germainelawfirm.com
ATTORNEYS FOR PLAINTIFF



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Sheila T. Reiff
Clerk

## *CERTIFICATE OF GOOD STANDING*

*I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

**PAMELA NISSEN**

*was admitted to practice as an attorney within this state on July 17, 2018 and is presently in good standing in this court.*

Dated: April 2, 2019

SHEILA T. REIFF
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing