IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| BRET BRECKE, et al., | No. 1:19-cv-00068 LRR-KEM |
| Plaintiffs, | NOTICE OF APPEARANCE |
| vs. | |
| RYAN & ASSOCIATES, INC., | |
| Defendant. | |
| RYAN & ASSOCIATES, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| BRIAN BENBOW, et al., | |
| Third-Party Defendants. | |

COMES NOW Nathan Willems and enters his appearance on behalf of Third-Party Defendants.

/s/ Nathan Willems
NATHAN WILLEMS, AT0009260
RUSH & NICHOLSON, P.L.C.
115 First Avenue SE, Suite 201
P. O. Box 637
Cedar Rapids, IA 52406-0637
Telephone (319) 363-5209
Facsimile (319) 363-6664
nate@rushnicholson.com
ATTORNEY FOR THIRD-PARTY DEFENDANTS

Copy to:

Jennifer Ellen Germaine
jennifer@germainelawfirm.com

Pamela Nissen
pnissen@reinhartlaw.com

Mikkie R. Schiltz
mschiltz@l-wlaw.com

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action on 5/6/20 by:

[X] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] Other _____

/s/ Linda J. Dean _____