IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| Bret Brecke and Joe Ockenfels, in their capacity as the Trustees for the U.A. Local 125 Health and Welfare Fund, the U.A. Local 125 Retirement Savings Plan and the U.A. Local 125 Vacation Fund, Randy Staab and Jim Germaine, in their capacity as the Trustees for the Local Union No. 125 JATC Fund, and each of their successors, the United Association of Journeyman and Steamfitters Local 125, and Cedar Rapids Iowa City Mechanical Contracting Industry Development Fund,<br><br>      Plaintiffs,<br><br>  vs.<br><br>Ryan & Associates, Inc.,<br><br>      Defendant. | Civil Action No. 1:19-cv-00068 LRR-KEM<br><br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF INDIVIDUAL THIRD-PARTY DEFENDANTS AND UNOPPOSED MOTION TO ADD THIRD-PARTY DEFENDANTS |
| Ryan & Associates, Inc.<br><br>      Third-Party Plaintiff,<br><br>  vs.<br><br>Brian Benbow, Gregory DeSmet, Greg Hester, Richard Lundvall, Richard Sexson, Weldon Fink, Thomas McCune, Ryan Newswander, David Noll, and Patrick Verschoore, in their capacity as the Trustees for the Plumbers and Pipefitters Local No. 25 Welfare Fund and the Plumbers and Pipefitters Local No. 25 Pension Fund, and each of their successors,<br><br>      Third-Party Defendants. | |

      The parties jointly move for dismissal of the individual third-party defendants and the addition of the Plumbers and Pipefitters Local No. 25 Welfare Fund and the Plumbers and Pipefitters Local No. 25 Pension Fund as third-party defendants (Doc. 36).

IT IS ORDERED the parties' motion (Doc. 36) is **granted**. The individual third-party defendants (Brian Benbow, Gregory DeSmet, Greg Hester, Richard Lundvall, Richard Sexson, Weldon Fink, Thomas McCune, Ryan Newswander, David Noll, and Patrick Verschoore) are dismissed without prejudice and shall be removed from the caption of this matter. Plumbers and Pipefitters Local No. 25 Welfare Fund and Plumbers and Pipefitters Local No. 25 Pension Fund are substituted as and added as third-party defendants.

Dated: May 19, 2020

Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa